UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| LUCINDA K. SCHWERDTFEGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:09-cv-42-RLY-WGH |
| | ) | |
| WHIRLPOOL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DENYING REQUEST FOR
APPOINTMENT OF AN ATTORNEY**

This matter is before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, upon a letter filed April 14, 2010, in which plaintiff requests that the court appoint an attorney to represent her in this matter. (Docket No. 41). Plaintiff brings this case as a civil action seeking damages from defendant. Plaintiff has been previously advised by this court that she is not entitled to appointment of counsel in a civil case. Plaintiff must – as most civil litigants have to do – attempt to comply with the Federal Rules of Civil Procedure in prosecuting her claim. Plaintiff has not to date advised the court that she has exhausted the ability to obtain a necessary retainer for an attorney to take the claim from family, friends, or otherwise. Until she has done so, her request for appointment of an attorney is **DENIED.**

**SO ORDERED.**

**Dated:** April 15, 2010

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Copies to:**

Lucinda K. Schwerdtfeger
1505 Taylor Ave.
Evansville, IN  47714

Marissa  Ross Ingley
LITTLER MENDELSON, P.C.
mingley@littler.com

Jeremy W. Stewart
LITTLER MENDELSON, P.C.
jwstewart@littler.com